THRALL *v.* PERE MARQUETTE RAILWAY CO.

COSTS—PRINTING OF RECORD AND BRIEFS.
> Appellant is entitled to have printing of record and briefs done by reputable printer and tax reasonable expense thereof, and is not obliged to shop around to find lowest bidder.

Appeal from Allegan; Miles (Fred T.), J.   Submitted March 29, 1932.   (Docket No. 61, June Term, 1929, No. 65, January Term, 1931, Calendar Nos. 34,240, 35,209.)   Decided April 12, 1932.

Action by Alice A. Thrall, administratrix of the estate of William P. Thrall, deceased, against Pere Marquette Railway Company.   After affirmance in this court of judgment for plaintiff on third trial, plaintiff appeals from taxation of costs on two former appeals in which judgment for plaintiff was reversed.   Affirmed.

*Leo W. Hoffman* and *Clare E. Hoffman,* for plaintiff.

*W. K. Williams* and *John C. Shields* (*Wilkes & Stone,* of counsel), for defendant.

RETAXATION OF COSTS.

PER CURIAM.   By appeal plaintiff seeks retaxation of costs, awarded defendant for printing records and briefs on two appeals, claiming that such cost exceeds the customary and usual price of other mentioned printers.   Defendant was not obliged to shop

around to find the lowest bidder, but had a right to have the printing done by a reputable printer and tax the reasonable expense thereof. See *Behr* v. *Baker,* 257 Mich. 487.

The taxation by the clerk will stand affirmed.